1 **ROBERT H. HENSSLER, JR.**
California Bar No. 216165
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467
4 Facsimile: (619) 687-2666
Robert_Henssler@fd.org
5

6 Attorneys for Defendant

7

8                    UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10 | UNITED STATES OF AMERICA,       ) Case No. 08MJ1783
                                    )
11 |         Plaintiff,              )
                                    )
12 | v.                              ) **NOTICE OF APPEARANCE**
                                    )
13 | HIGINIO REYES-LOPEZ,            )
                                    )
14 |         Defendant.              )
                                    )
15 | _____ )

16         Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Robert

17 R Henslser, Jr. and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in

18 the above-captioned case.

19                                     Respectfully submitted,

20

21 Dated: June 12, 2008          /s/ *Robert R. Henssler, Jr.*
                                **ROBERT R. HENSSLER, JR.**
22                              Federal Defenders of San Diego, Inc.
                                Robert_Henssler@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

DATED: June 12, 2008            */s/ Robert R. Henssler, Jr.*
                                **ROBERT R. HENSSLER, JR.**
                                Federal Defenders of San Diego, Inc.
                                Robert_Henssler@fd.org